AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| GRANVILLE JACKSON, ROJELIO ENRIQUE OATES, PETER ADOLPHUS FACEY, LOUIS EVANS, and GREGORY MCCLAIN on behalf of themselves and all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> HARRY SILVER HOUSING COMPANY, INC., MARION SCOTT REAL ESTATE, INC., PLIGHTED CONSTRUCTION AND DEVELOPMENT SERVICES, LLC, ALEX FREEDMAN, and VICTOR GARVIN, <br> *Defendant(s)* | Civil Action No. 1:22-cv-07334-AMD-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VICTOR GARVIN
4111 PARSONS BOULEVARD
FLUSHING, NY 11355

See attached Rider for addtional defendants Marion Scott Real Estate, Inc., Alex Freedman, Plighted Construction & Development Services, LLC, and Harry Silver Housing Company, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, NY 11563

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/13/2022

s/Tiffeny Lee-Harris

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-07334-AMD-TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                         _____
                                                                  *Server's signature*

                                                         _____
                                                                 *Printed name and title*

                                                         _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                                Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GRANVILLE JACKSON, ROGELIO ENRIQUE OATES, JR., PETER ADOLPHUS FACEY, LOUIS EVANS, and GREGORY MCCLAIN on behalf of themselves and all others similarly situated,

 Plaintiffs,

 vs.

HARRY SILVER HOUSING COMPANY, INC., MARION SCOTT REAL ESTATE, INC., PLIGHTED CONSTRUCTION AND DEVELOPMENT SERVICES, LLC, ALEX FREEDMAN, and VICTOR GARVIN,

 Defendants.

-------------------------------------------------------------------X

Case No. 22-cv-07334 (AMD-TAM)

**Summons Rider**

Complete List of Defendants to be Served

    **VICTOR GARVIN**
    **4111 PARSONS BOULEVARD**
    **FLUSHING, NY 11355**

    **MARION SCOTT REAL ESTATE, INC.**
    **HERBERT D. FREEDMAN**
    **2104 1ST AVENUE**
    **NEW YORK, NY, 10029**

    **ALEX FREEDMAN**
    **MARION SCOTT REAL ESTATE, INC.**
    **2104 1ST AVENUE**
    **NEW YORK, NY, 10029**

    **PLIGHTED CONSTRUCTION & DEVELOPMENT SERVICES, LLC**
    **REGISTERED AGENT- UNITED STATES CORPORATION AGENTS, INC.**
    **7014 13TH AVENUE, SUITE 202**
    **BROOKLYN, NY, 11228**

    **HARRY SILVER HOUSING COMPANY, INC.**
    **828 MIDWOOD STREET**
    **BROOKLYN, NEW YORK 11203**